DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

JERRY L. BEST,

Appellant,

v.

SARASOTA TOYOTA, LLC,

Appellee.

No. 2D2025-1360

———————————————

January 21, 2026

Appeal from the County Court for Sarasota County; Kennedy B. Legler, Judge.

Jerry L. Best, pro se.

Walter C. Thomas Jr., Lakeland, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.

———————————————

Opinion subject to revision prior publication.